

# Fourth Court of Appeals
## San Antonio, Texas

May 2, 2017

No. 04-17-00271-CV

Susan Rebecca **CAMMACK**,
Appellant

v.

Sheriff Russell **HIERHOLZER**,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 11228B
Honorable Stephen B. Ables, Judge Presiding

# O R D E R

Appellant's emergency motion to stay sheriff's sale is denied.

It is so ORDERED on May 2, 2017.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court